Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA SHEEHAN ANDERSON, parent and natural guardian of M.A., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and STATE FARM FIRE AND CASUALTY COMPANY, foreign insurers,<br><br>Defendants. | NO. C06-1112 RSM<br><br>ORDER DISMISSING STATE FARM FIRE & CASUALTY COMPANY WITH PREJUDICE |

It is hereby DECLARED and ORDERED as follows:

**1.1** State Farm Fire and Casualty Company's Personal Liability Umbrella Policy, No. 47-GC-7939-1, issued to Edward Anderson, does not afford underinsured motorist coverage;

STIPULATED ORDER DISMISSING
STATE FARM FIRE & CASUALTY CO.
WITH PREJUDICE                              - 1 -
309266/010407 1002/77540001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**1.2** All claims by plaintiff against State Farm Fire & Casualty Company are hereby dismissed with prejudice;

**1.3** State Farm Fire & Casualty Company is hereby dismissed as a defendant, with prejudice;

**1.4** This dismissal is without an award of costs to either party; and

**1.5** Defendant State Farm Fire and Casualty Company's Motion for Summary Judgment on Umbrella Policy, Docket No. 21, is hereby stricken from the Court's calendar as moot.

DATED this 4th day of January, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

BETTS, PATTERSON & MINES, P.S.


By /s/
  Joseph D. Hampton, WSBA #15297
Attorneys for Defendant

Approved as to form & entry:

STIPULATED ORDER DISMISSING
STATE FARM FIRE & CASUALTY CO.
WITH PREJUDICE                - 2 -
309266/010407 1002/77540001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1  LAW OFFICES OF HANS E. JOHNSEN

2

3
By /s/Hans E. Johnsen (approved via telephone)
4      Hans E. Johnsen, WSBA # 6621
Attorneys for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED ORDER DISMISSING
STATE FARM FIRE & CASUALTY CO.
WITH PREJUDICE                               - 3 -

309266/010407 1002/77540001

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988